UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMELINK INTERNATIONAL INC.,<br>  Plaintiff,<br>v.<br>YU ZHANG,<br>  Defendant. | Case No. 24-cv-02358-VKD<br><br>**ORDER RE FEBRUARY 10, 2025 DISCOVERY DISPUTE RE DEFENDANT'S RESPONSES TO PLAINTIFF'S DISCOVERY REQUESTS**<br><br>Re: Dkt. No. 48 |

The parties ask the Court to resolve several disputes concerning defendant Yu Zhang's responses to plaintiff Homelink International Inc.'s ("Homelink") interrogatories and requests for production of documents ("RFPs"). Dkt. No. 48. The Court held a hearing on these disputes on February 25, 2025. For the reasons explained during the hearing, the Court orders as follows:

1. **Homelink's Interrogatory No. 1**

As confirmed by Homelink at the hearing, this interrogatory asks Mr. Zhang to state the date(s) on which he received any commission or bonus relating to the Wen/Menkes Developments/Fleur project identified as the first transaction in paragraph 16 of the First Amended Complaint. The Court overrules Mr. Zhang's objections and orders him to provide a substantive answer to this interrogatory by **March 11, 2025**.

2. **Homelink's Interrogatories Nos. 10-17**

Each of these interrogatories refers to Mr. Zhang's answer to a separate request for admission ("RFA"). To the extent Mr. Zhang has not provided an unqualified admission in answering each referenced RFA, he shall respond to the corresponding interrogatory by stating all facts that fairly explain the basis for his denial or qualified answer to the referenced RFA. Mr.

Zhang's amended responses to these interrogatories must be served by **March 11, 2025**.

**3.     Homelink's RFP 38 (Third Set)**

RFP 38 is unreasonably broad and insufficiently specific.  In response to this RFP, Mr. Zhang need only produce documents sufficient to show any money paid to him in connection with the nine real estate transactions identified in paragraph 16 of the First Amended Complaint.  Mr. Zhang must produce all such responsive documents by **March 14, 2025**.  If he has no responsive documents, he shall so advise Homelink.

**4.     Homelink's RFP 42 (Fourth Set)**

RFP 42 does not describe with reasonable particularity the documents Homelink seeks. Homelink clarified at the hearing that it seeks only documents in Mr. Zhang's possession reflecting his communications with Homelink about whether he owes referral fees or other "outstanding balance" regarding the nine real estate transactions identified in paragraph 16 of the First Amended Complaint, including the communications he received and his responses to those communications.  Mr. Zhang must produce all such documents by **March 14, 2025**.

**IT IS SO ORDERED.**

Dated: February 25, 2025

Virginia K. DeMarchi
United States Magistrate Judge